IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ECHO MONTGOMERY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.  1:15-CV-263-KD-C |
| | * |
| NATIONSTAR MORTGAGE, LLC; | * |
| | * |
| Defendant. | * |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Echo Montgomery and Defendant Nationstar Mortgage, LLC ("Nationstar"), pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiffs against Nationstar in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this the 1st day of April, 2016.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIE003)
Underwood & Reimer, P.C.
Attorney for Plaintiff
166 Government Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 432-9212
Facsimile: (251) 433-7172 (fax)

/s/ G. Lane Knight (w/permission)
G. Lane Knight (ASB-6748-I72K)
Attorney for Defendant
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115